UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM CAMPBELL, individually
and on behalf of others similarly situated,

      Plaintiff,                  Case No. 24-cv-12995
                                     Hon. Matthew F. Leitman

v.

BELLE TIRE DISTRIBUTORS, INC.,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff,

this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                             s/Matthew F. Leitman
                             MATTHEW F. LEITMAN
                             UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2024

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on December 17, 2024, by electronic means and/or
ordinary mail.

                             s/Holly A. Ryan
                             Case Manager
                             (313) 234-5126